# EXHIBIT 2

(Appeals Coordinator response letter dated January 3, 2012)

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                             EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT OPERATIONS**
**CALIFORNIA STATE PRISON - SOLANO**
2100 Peabody Road
Vacaville, CA 95696-4000



January 3, 2012

Jonathan Edwards SBN 269681
4005 Manzanita Avenue
Suite 6-434
Carmichael, California 95608

Dear Mr. Edwards,

In response to your letter dated December 9, 2011, a thorough review of your concern has been conducted. On behalf of Inmates David Edwards (CDCR # V-68885) and James Edwards (CDCR # V-68959), you request to file an administrative appeal pursuant to California Code of Regulations, Title 15, Section (CCR) 3084.7 (h) (1) (A). Your concern rests with application of the 15 percent credit restoration stipulated in California Penal Code Section (PC) 29331.1 applied to both inmates by the California Department of Corrections and Rehabilitation (CDCR). Additionally, release date recalculation is being sought by both inmates.

Review of the Central File pertaining to Inmate James Edwards (V-68959) reflects that a filed Petition for Writ of Habeas Corpus, dated August 3, 2011, is pending before a Court of Law. The Petition for Writ of Habeas Corpus refers to alleged incorrect application by the CDCR of the 15 percent credit pursuant to PC § 2933.1.

Your attached letter cannot be accepted as an administrative appeal on behalf of the aforementioned inmates. Pursuant to CCR § 3084.1 (a) each individual inmate or parolee must file a CDCR 602 Inmate/Parolee Appeal Form to seek an administrative remedy to a grievance such as you describe. You may inform your clients that pursuant to CCR § 3084.2 (a) (b) (c) (f) each individual inmate may submit an original CDCR 602 Form directly to the Inmate Appeals Office for review and processing, in accordance with applicable CCR § 3084.3 regulations regarding supportive documents.

For your information, there have been changes related to the Departmental Inmate/Parolee Appeals Process (Adopted 2011) and under CCR § 3084.9 (d) (1) (2) inmate appeals disputing a release date calculation are assigned directly to the First Level of Review, no informal level is required.

Should you have any further concerns regarding this matter you may contact the undersigned Monday through Thursday from 7:00 am to 5:00 pm.

S. Cervantes, Correctional Counselor-II (Specialist)
Appeals Coordinator
California State Prison-Solano

cc: Inmate Appeals Office
    Central Files of Edwards V-68959 and Edwards V-68885