# EXHIBIT 4

(Superior Court order dated June 19, 2012)

ENDORSED FILED
Clerk of the Superior Court

JUN 1 3 2012

J. GALES

By_____
DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SOLANO

DEPARTMENT ONE

In re the Petition of

CASE NO.    FCR292678

DAVID EDWARDS,
(V68885)

ORDER DENYING PETITION
FOR WRIT OF HABEAS
CORPUS

Petitioner

For Writ of Habeas Corpus                    /

The Petition for Writ of Habeas Corpus came on for review by this Court on June 13, 2012 by the Honorable Paul L. Beeman, Judge Presiding.

On April 25, 2012, Petitioner David Edwards filed this petition for writ of habeas corpus. Petitioner complains that the CDCR is improperly limiting his credit earning ability to 15% under Penal Code § 2933.1.

Petitioner has not provided any evidence that he exhausted administrative remedies as to his claim. (*In re Dexter* (1979) 25 Cal.3d 921, 925.) Administrative remedies are not deemed exhausted until an inmate completes the review process provided by the Department of Corrections. (*Wright v. State of California* (2004) 122 Cal.App.4th 659, 667.) Petitioner provides no evidence to support that he complied

1  with the procedures for filing an inmate appeal or that his appeal was improperly

2  rejected.  (*See* Cal. Code Regs., tit. 15, § 3084.1 *et seq.*)

3       This petition for writ of habeas corpus is DENIED.

4

5

6

7  DATED: June _13_, 2012

8                                    PAUL L. BEEMAN
                                     Judge of the Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**ENDORSED FILED**
Clerk of the Superior Court

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SOLANO
Case No. FCR 292678

JUN 1 3 2012

· J. GALES ·

By_____
DEPUTY CLERK

## CERTIFICATE OF MAILING

I, the undersigned, certify under penalty of perjury that I am a deputy clerk of the above-entitled Court and not a party to the within action; that I am familiar with the County of Solano's procedure for collection and processing of correspondence for mailing with the United States Postal Service. This document will be deposited with the United States Postal Service on the same day as the execution of this document in the ordinary course of business. This document was sealed and placed for collection and mailing on the same day as the execution of this document at the address given for deposit in the United States Postal Service and following ordinary business practices. Said envelope was addressed to the attorneys for the parties, or the parties, as shown below:

Document mailed:

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

JONATHAN EDWARDS
5714 FOLSOM BLVD., STE 240
SACRAMENTO, CA 95819
Attorney for Petitioner
DAVID EDWARDS, V-68885


SUPERINTENDENT
CSP - SOLANO
P.O. BOX 4000
VACAVILLE, CA 95696


Dated: June 13, 2012

By: _____
J. GALES, Deputy Clerk