# EXHIBIT 5

(Court of Appeals order dated August 29, 2012)

COURT OF APPEAL, FIRST APPELLATE DISTRICT
350 MCALLISTER STREET
SAN FRANCISCO, CA 94102
DIVISION 1



In re DAVID EDWARDS on Habeas Corpus.

A135919
Solano County No. FCR292678, 210807

BY THE COURT:

> Court of Appeal First Appellate District
> FILED
> AUG 2 9 2012
> Diana Herbert, Clerk
> by _____ Deputy Clerk

The petition for writ of habeas corpus is denied.

The justices participating in this matter were:

Presiding Justice Marchiano, Justice Margulies and Justice Dondero.

Date: AUG 2 9 2012

MARCHIANO, P.J. P.J.

orcc1a