# EXHIBIT 6

(Supreme Court order dated October 31, 2012)

Court of Appeal, First Appellate District, Division One - No. A135919

S205290

# IN THE SUPREME COURT OF CALIFORNIA

## En Banc

In re DAVID EDWARDS on Habeas Corpus.

The petition for review is denied.

SUPREME COURT
**FILED**

OCT 3 1 2012

Frank A. McGuire Clerk

_____
Deputy

_____
CANTIL-SAKAUYE
*Chief Justice*