# EXHIBIT 9

(Classification Chrono)

Case 2:13-cv-01851-WBS-EFB   Document 1-1   Filed 08/09/13   Page 2 of 3

| State of California | | CLASSIFICATION CHRONO | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| CDC Number: V68885 | Name: EDWARDS, DAVID, E | Classification Score: 22 | EPRD 03/12/26 15% Release Date: |
| Housing: 12-141U | Assignment: MKP-3.252 AM Pot Crew | WG/PG: A1A 03/31/07 | Next Classification: 02/11 |
| Custody: MED A | Action: Program Review - UCC notes CSR concerns dated 3/11/10. UCC elects to Reduce Custody to Medium A 5/27/10. UCC elects not to impose VIO admin deter based on instant offenses. Based on level II points, Refer to the CSR RX non-adverse TX to SOL-II/SQ-II. Retain Medium A Custody, WG/PG A1A upon TX. | | |
| RGPL: UNK | | | |

Edwards, appeared before CSP-Solano Facility II UCC for the purpose of an Program Review. Complied with CCR 3375(f)(1). CDC 127, 812, 840, and Confidential file have been reviewed and updated, as appropriate.

Committee notes. This case was deferred by the CSR for the following: the prisoner needed a case by case for the instant offense. The CSR further noted that the prisoner would be eligible for removal from Close custody to MED A custody on 04/28/10, five years of Close custody completion.

UCC notes commitment offense of PC 459/460 (a) - under special circumstances Burglary 1st, "wherein it is charged and proved that another person, other than the accomplice, was present in the residence during the commission of the Burglary, therefore this case requires a case-by-case Violence review.

6 Elements of VIO review
Summary of Offense: The prisoner was an associate in several fraud Ponzi schemes in the State of Washington in 1996 until the prisoner was arrested. The prisoner, his father and at least two other accomplices were allegedly involved in several Ponzi schemes based, as the prisoner and his father where, out of the State of Washington. The circumstances of this case are complex and convoluted; the losses to the victims are insurmountable. It was alleged that the prisoner took advantage of these victims through deception, by defrauding the victims of all of their material wealth. The prisoner was convicted by a jury of PC 459/460 (a); six counts refer to page one of the POR, counts 4, 6, 14, 20, 22, 26 - under special circumstances Burglary 1st, for counts 6 and 26 "wherein it is charged and proved that another person, other than the accomplice, was present in the residence during the commission of the Burglary." The prisoner was physically never in California or in any residence of this state, for the purpose of Burglary or fraud. A representative of the prisoner acted as an "agent "for the prisoner's company.
Extent of Injuries - According the POR page eleven noted that one of the victims, of the many, "died worrying over the financial burden of having to pay a $ 240, 000.00 mortgages" the prisoner was not charged for any death or any physical harm to any of the victims. Inasmuch, the injuries were noted as emotional, psychological and financial.
Rationale for Committing the Offense.-The rationale for the crimes appears to be greed, as the victims were bilked out of tens of thousands of dollars.
Criminal Intent-This incident constitutes criminal neglect not intent, in that some of the victims' losses were returned.
History- The prisoner has no prior felony of violent offenses.
Safety of public – Taking into consideration all case factors, committee believes that the prisoner would not be a risk if he were to be placed in a minimum custody setting.
Therefore, UCC elects to not to affix the Administrative Determinant of Violence per CRR, Title 15, Sections 3375.2 (b) (25).

CLOSE CUSTODY REVIEW: Sentence to a total term of 15 years or more, but less than 50. Per CCR 3377.2 (c) (3) (D), after the first year of Close A custody, Close B custody for four years, CLO A was established on 04/28/05, and Close B was established on 08/24/06, therefore inmate is eligible for custody reduction at this time.
CLOSE CUSTODY: Reduced to Med A 5/27/10
CSRA: 1, LOW
BPH: N/A

TB Code is 32 per CDC 128C dated 05/05/09. Case Factors remain the same as noted in CDC 128G dated 04/28/05, unless noted above. MHSDS/Psychiatric concerns: the prisoner is not a participant in the MHSDS.

Subject was advised of his right to appeal. There are no further classification concerns at this time and his next scheduled classification is for his annual review 02/11.

Committee acts to: Reduce custody to Medium A. Based on level II points and Medium custody, Refer to the CSR RX non-adverse TX to SOL-II/SQ-II. Retain Medium A custody, WG/PG A1A upon TX. UCC notes CSR concerns dated 3/11/10. Based on case-by-case VIO review for instant offenses, no VIO.

Subject agreed with committee action and made the following statement: "I just want to stay here pending litigation and to remain with my father. I would like for my father to be taken to committee and endorsed to SOL-II." Edwards Sr. recently suffered a stroke and Edwards Jr. feels that he is the only one who would look after him. It is his request that they be transferred together.

EFFECTIVE COMMUNICATION:
Verification of Limitation/Special Needs and or Disability: The prisoner does not have a limitation/special needs, and or a disability that might affect his ability to establish EC (Effective Communication), primary source documentation; DECS, TABE the mere absence of a TABE score does not indicate that the prisoner in this case has a barrier, his central file reflects that he graduated from a university and the sophistication or degree of the crimes would indicate a high level of intellect, no Learning Disability (LD) list, nor any MHSDS list. Classification staff has reviewed these information sources and concluded that the prisoner has; no barriers to EC, no EC issues.

Establishing Effective Communication: Classification has identified no potential barrier to EC.

1 Edwards V68885

**Verification of EC:** Classification used the following methods to establish EC. "The prisoner conveyed his understanding using his own words to the satisfaction of the Committee/Writer." Classification has taken the following measures to verify that EC was successful.

ADDITIONAL COMMITTEE MEMBERS: (A)CCII Valencia, CCI Baker, CCII Silva

Lee
FACILITY CAPTAIN
CHAIRPERSON (A)

F Mata
CCI

| Institution: | Classification: | Date: |
|---|---|---|
| CSP-Solano | UCC | 5/27/10 |

cc: C-FILE
    INMATE

2 Edwards V68885