UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| DAVID E. EDWARDS,<br><br>            Petitioner,<br><br>     v.<br><br>GARY SWARTHOUT,<br><br>            Respondent. | No.  2:13-CV-1651 WBS-EFB P<br><br><br><br>**ORDER** |

----oo0oo----

        This matter is hereby referred back to the assigned Magistrate Judge for further proceedings consistent with the Memorandum decision of the United States Court of Appeals for the Ninth Circuit filed December 24, 2014. (Docket No. 14.)

        IT IS SO ORDERED.

Dated:  December 24, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1